# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LIDA JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEPHENS & MICHAELS ASSOCIATES, ) <br> INC., ) <br> Defendant. ) | Case No. 4:10-cv-01017-JTM |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff, LIDA JOHNSON, and dismisses with prejudice her cause of action against Defendant.

Each party to bear their own court costs and counsel fees incurred herein.

| | |
|---|---|
| J. MARK MEINHARDT | FRANKEL, RUBIN, BOND, DUBIN, SIEGEL & KLEIN, P.C. |
| By:/s/ J. Mark Meinhardt <br> J. MARK MEINHARDT, #MO53501 <br> meinhardtlaw@sbcglobal.net <br> 4707 College Blvd., Suite 100 <br> Leawood, Kansas 66211 <br> Telephone: (913) 451-9797 <br> Facsimile (913) 451-6163 <br> **Attorney for Plaintiff** | By:/s/ Mayer S. Klein <br> MAYER S. KLEIN, #MO32605 <br> mklein@frankelrubin.com <br> 231 South Bemiston Ave., Suite 1000 <br> Clayton, Missouri 63105 <br> Telephone: (314) 725-8000 <br> Facsimile: (314) 726-5837 <br> **Attorney for Defendant** |

1427-002 / 47884

1