# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| **Lida Johnson,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Case No. 10-1017-CV-W-JTM** |
| | ) | |
| **Stephens & Michaels Associates, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pursuant to the entry of the *Stipulation Of Dismissal*, filed August 4, 2011 [Doc. 21] it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear

their own costs and fees.


 */s/ John T. Maughmer*
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**